UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                            Case No. 1:09-cr-219

v.

                                            HONORABLE PAUL L. MALONEY

DEMORERAY JACKSON,

        Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW AS DEFENSE COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL; ENTERING ENDS OF JUSTICE CONTINUANCE

      This matter is before the Court on attorney Gaylor L. Cardinal's Motion to Withdraw as Defense Counsel (Dkt. #16) and Defendant Demoreray Jackson's *Pro Se* Motion to Dismiss Counsel (Dkt. #20). For the reasons and grounds set forth in the opinion from the bench on today's date which is incorporated herein by reference,

      **IT IS HEREBY ORDERED** that attorney Gaylor Cardinal's Motion to Withdraw as Defense Counsel (Dkt. #16) and Defendant Demoreray Jackson's *Pro Se* Motion to Dismiss Counsel (Dkt. #20) are **GRANTED**. The Federal Public Defender's Office shall recommend a substitute attorney to be appointed.

      **FURTHER,** the Court also finds on the basis of the hearing that failure to grant an ends of justice continuance in this instance would deny newly-appointed counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See*, 18 U.S.C. § 3161(h)(7)(B)(iv). Recognizing the necessity of the appointment of new counsel, a prudent continuance under the Speedy Trial Act to allow counsel to adequately prepare for trial in this matter outweighs the interests of the public and the defendant in a speedier trial. 18 U.S.C. § 3161 (h)(7)(A). Accordingly, a new scheduling order shall issue.

Date:  October 13, 2009                                /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District Judge