UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEMORERAY JACKSON,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:09-cr-219

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

This matter is before the Court on attorney Scott A. Mertens and the law firm Mertens, Laxton and Clement, PLLC's Motion for Leave to Withdraw as Counsel for Defendant Demoreray Jackson (Dkt. #28). Court records show that Mr. Mertens was appointed to represent the defendant in this matter on October 20, 2009. Mr. Mertens recently learned that continued representation of the defendant poses a potential conflict of interest between this defendant and another client he represents in state court. The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Motion for Leave to Withdraw as Counsel (Dkt. #28) is **GRANTED**. The Federal Public Defender's Office shall recommend a substitute attorney to be appointed.

Date: November 2, 2009

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge