UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                 HONORABLE PAUL L. MALONEY

v.

                                 Case No. 1:09-cr-219

DEMORERAY JACKSON,

    Defendant.
_____/

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court is the Defendant's motion for ends of justice continuance of the final pretrial presently scheduled for November 30, 2009 and trial scheduled for December 8, 2009. The basis of the Defendant's motion is that new counsel was recently appointed and additional time is necessary to investigate and prepare all relevant defenses, or otherwise resolve the case. The government does not oppose the motion.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered. The final pretrial conference is rescheduled to **January 19, 2010 at 2:00 p.m.** Jury trial is rescheduled to **January 26, 2010 at 8:45 a.m.**

Dated: November 24, 2009                            /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                 Chief United States District Judge